# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1957
LT Case No. 2008-CA-3629

_____

DOMINICK W. ANDREWS,

    Appellant,

    v.

SANDRA L. TRIPPE, A-1 PLUMBING
HEATING AND AIR CONDITIONING,
MARY A. ANDREWS and WARREN
ANDREWS,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Gilbert L. Feltel, Jr., Judge.

Dominick W. Andrews, Jacksonville, pro se.

No Appearance for Appellees.

November 21, 2023

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., HARRIS, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---